# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT** | : |
| Petitioner | : CIVIL ACTION NO. 3:20-1598 |
| v. | : (JUDGE MANNION) |
| | : |
| **PA ATTORNEY GENERAL,** | : |
| Respondent | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*S/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 16, 2020**
20-1598-01-Order