IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | NO.: 20-cv-6330 |
| **PENNSYLVANIA ATTORNEY GENERAL,** | : | |
| Respondent. | : | |

## ORDER

AND NOW, this 27th day of July, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 8) and review of Petitioner's Rule 65 Motion (ECF No. 14), the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 18), and the Petitioner's Objections thereto (ECF No. 19), IT IS ORDERED that:

1. The Report and Recommendation (ECF No. 18) is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus (ECF No. 8) filed pursuant to 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE.

3. Petitioner's Rule 65 Motion (ECF No. 14) is DISMISSED WITHOUT PREJUDICE.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.